# EXHIBIT "A"



| | Remit Payments To: | | INVOICE | | |
|---|---|---|---|---|---|
| | Solutions 2 GO, LLC. USA | | Invoice Date | Invoice No. | Page |
| | PO Box 840389 | | 8/25/2015 | D0005291 | 1 of 1 |
| | Los Angeles, CA 90084-0389 | | | | |
| | Tel (949) 825-7700 \|\| Fax (949) 825-7701 | | | | |

Sold To:  
World Magic Games, LLC  
2201 NW 102nd Pl Ste 5  
Miami, FL 33172-2521

WO02

Ship To:  
World Magic Games, LLC PRIMARY  
2201 NW 102nd Pl Ste 5  
Miami, FL 33172-2521

| Order No. | Order Date | Customer No. | Sales Rep | Purchase Order No. | Ship Date | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| D0006785 | 8/24/2015 | WO02 | MOETA | PS4 HW | 8/24/2015 | PREPAID | Net 30 |

| Quantity Ordered | Quantity Shipped | Item No. | Item Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 720 | 720 | 711719050513 | PS4 HW 500GB US/CAN (CUH-1001A) Black RB - | $280.00 | $201,600.00 |

**Total Units Shipped**     720

ANY CLAIM FOR DAMAGED MERCHANDISE SHOULD BE FILED WITH CARRIER AT TIME OF DELIVERY. DAMAGED MERCHANDISE AND SHORTAGES MUST BE REPORTED TO SOLUTIONS 2 GO, LLC. USA WITHIN TWO (2) DAYS OF RECEIPT OF SHIPMENT.

DEFECTIVE MERCHANDISE RETURNS WILL ONLY BE ACCEPTED WITHIN 90 DAYS FROM ABOVE "INVOICE DATE". ONLY RETURNS WITH A VALID RETURN AUTHORIZATION NUMBER WILL BE ACCEPTED. MERCHANDISE PURCHASED AS "CLOSE OUT" WILL NOT BE ELIGIBLE FOR RETURN.

| | |
|---|---|
| Sales Amount | $201,600.00 |
| Discount | $0.00 |
| Freight | $0.00 |
| Sales Tax | $0.00 |
| Total | $201,600.00 |

TRACKING: No tracking data found

Exhibit A, Page 6



Remit Payments To:
Solutions 2 GO, LLC. USA
PO Box 840389
Los Angeles, CA 90084-0389

Tel (949) 825-7700 || Fax (949) 825-7701

# INVOICE

| Invoice Date | Invoice No. | Page |
|---|---|---|
| 9/11/2015 | D0005318 | 1 of 1 |

Sold To:

World Magic Games, LLC     WO02
2201 NW 102nd Pl Ste 5

Miami, FL 33172-2521

Ship To:

World Magic Games, LLC PRIMARY
2201 NW 102nd Pl Ste 5

Miami, FL 33172-2521

| Order No. | Order Date | Customer No. | Sales Rep | Purchase Order No. | Ship Date | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| D0006810 | 9/8/2015 | WO02 | MOETA | PS4 DESTINY BUNDLE | 9/11/2015 | PREPAID | Net 30 |

| Quantity Ordered | Quantity Shipped | Item No. | Item Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 630 | 630 | 711719501855 | PS4 500GB HW Bundle (CUH-1215A BZ5) Limited Edition Destiny: The Taken | $388.00 | $244,440.00 |

**Total Units Shipped**     630

ANY CLAIM FOR DAMAGED MERCHANDISE SHOULD BE FILED WITH CARRIER AT TIME OF DELIVERY. DAMAGED MERCHANDISE AND SHORTAGES MUST BE REPORTED TO SOLUTIONS 2 GO, LLC. USA WITHIN TWO (2) DAYS OF RECEIPT OF SHIPMENT.

DEFECTIVE MERCHANDISE RETURNS WILL ONLY BE ACCEPTED WITHIN 90 DAYS FROM ABOVE "INVOICE DATE". ONLY RETURNS WITH A VALID RETURN AUTHORIZATION NUMBER WILL BE ACCEPTED. MERCHANDISE PURCHASED AS "CLOSE OUT" WILL NOT BE ELIGIBLE FOR RETURN.

| | |
|---|---|
| Sales Amount | $244,440.00 |
| Discount | $0.00 |
| Freight | $0.00 |
| Sales Tax | $0.00 |
| Total | $244,440.00 |

TRACKING: No tracking data found



Remit Payments To:
Solutions 2 GO, LLC. USA
PO Box 840389
Los Angeles, CA 90084-0389

Tel (949) 825-7700 || Fax (949) 825-7701

# INVOICE

| Invoice Date | Invoice No. | Page |
|---|---|---|
| 9/28/2015 | D0005351 | 1 of 1 |

Sold To:
World Magic Games, LLC            WO02
2201 NW 102nd Pl Ste 5
Miami, FL  33172-2521

Ship To:
World Magic Games, LLC  PRIMARY
2201 NW 102nd Pl Ste 5
Miami, FL  33172-2521

| Order No. | Order Date | Customer No. | Sales Rep | Purchase Order No. | Ship Date | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| D0006845 | 9/28/2015 | WO02 | MOETA | DS PS4 BLACK | 9/28/2015 | PREPAID | Net 30 |

| Quantity Ordered | Quantity Shipped | Item No. | Item Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1000 | 1000 | 711719100379 | SONY DUALSHOCK 4 CONTROLLER [BLACK] - | $40.50 | $40,500.00 |

Total Units Shipped    1000

ANY CLAIM FOR DAMAGED MERCHANDISE SHOULD BE FILED WITH CARRIER AT TIME OF DELIVERY. DAMAGED MERCHANDISE AND SHORTAGES MUST BE REPORTED TO SOLUTIONS 2 GO, LLC. USA WITHIN TWO (2) DAYS OF RECEIPT OF SHIPMENT.

DEFECTIVE MERCHANDISE RETURNS WILL ONLY BE ACCEPTED WITHIN 90 DAYS FROM ABOVE "INVOICE DATE". ONLY RETURNS WITH A VALID RETURN AUTHORIZATION NUMBER WILL BE ACCEPTED. MERCHANDISE PURCHASED AS "CLOSE OUT" WILL NOT BE ELIGIBLE FOR RETURN.

| | |
|---|---|
| Sales Amount | $40,500.00 |
| Discount | $0.00 |
| Freight | $0.00 |
| Sales Tax | $0.00 |
| Total | $40,500.00 |

TRACKING: No tracking data found

Exhibit A, Page 8



Remit Payments To:
Solutions 2 GO, LLC. USA
PO Box 840389
Los Angeles, CA 90084-0389
Tel (949) 825-7700 || Fax (949) 825-7701

# INVOICE

| Invoice Date | Invoice No. | Page |
|---|---|---|
| 8/27/2015 | D0005300 | 1 of 1 |

Sold To:
World Magic Games, LLC
2201 NW 102nd Pl Ste 5
Miami, FL 33172-2521

WO02

Ship To:
World Magic Games, LLC PRIMARY
2201 NW 102nd Pl Ste 5
Miami, FL 33172-2521

| Order No. | Order Date | Customer No. | Sales Rep | Purchase Order No. | Ship Date | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| D0006794 | 8/27/2015 | WO02 | MOETA | PS4 HW | 8/27/2015 | PREPAID | Net 30 |

| Quantity Ordered | Quantity Shipped | Item No. | Item Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1440 | 1440 | 711719050513 | PS4 HW 500GB US/CAN (CUH-1001A) Black RB - | $280.00 | $403,200.00 |

Total Units Shipped   1440

ANY CLAIM FOR DAMAGED MERCHANDISE SHOULD BE FILED WITH CARRIER AT TIME OF DELIVERY. DAMAGED MERCHANDISE AND SHORTAGES MUST BE REPORTED TO SOLUTIONS 2 GO, LLC. USA WITHIN TWO (2) DAYS OF RECEIPT OF SHIPMENT.

DEFECTIVE MERCHANDISE RETURNS WILL ONLY BE ACCEPTED WITHIN 90 DAYS FROM ABOVE "INVOICE DATE". ONLY RETURNS WITH A VALID RETURN AUTHORIZATION NUMBER WILL BE ACCEPTED. MERCHANDISE PURCHASED AS "CLOSE OUT" WILL NOT BE ELIGIBLE FOR RETURN.

| | |
|---|---|
| Sales Amount | $403,200.00 |
| Discount | $0.00 |
| Freight | $0.00 |
| Sales Tax | $0.00 |
| Total | $403,200.00 |

TRACKING: No tracking data found

Exhibit A, Page 9



Remit Payments To:
Solutions 2 GO, LLC. USA
PO Box 840389
Los Angeles, CA 90084-0389

Tel (949) 825-7700 || Fax (949) 825-7701

# INVOICE

| Invoice Date | Invoice No. | Page |
|---|---|---|
| 9/23/2015 | D0005347 | 1 of 1 |

Sold To:
World Magic Games, LLC     WO02
2201 NW 102nd Pl Ste 5
Miami, FL  33172-2521

Ship To:
World Magic Games, LLC  PRIMARY
2201 NW 102nd Pl Ste 5
Miami, FL  33172-2521

| Order No. | Order Date | Customer No. | Sales Rep | Purchase Order No. | Ship Date | Ship Via | Terms |
|---|---|---|---|---|---|---|---|
| D0006840 | 9/23/2015 | WO02 | MOETA | BLUE PS4 DS | 9/23/2015 | PREPAID | Net 30 |

| Quantity Ordered | Quantity Shipped | Item No. | Item Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1000 | 1000 | 711719039624 | SONY DUALSHOCK 4 CONTROLLER [BLUE] - | $42.00 | $42,000.00 |

Total Units Shipped    1000

ANY CLAIM FOR DAMAGED MERCHANDISE SHOULD BE FILED WITH CARRIER AT TIME OF DELIVERY.
DAMAGED MERCHANDISE AND SHORTAGES MUST BE REPORTED TO SOLUTIONS 2 GO, LLC. USA
WITHIN TWO (2) DAYS OF RECEIPT OF SHIPMENT.

DEFECTIVE MERCHANDISE RETURNS WILL ONLY BE ACCEPTED WITHIN 90 DAYS FROM ABOVE
"INVOICE DATE". ONLY RETURNS WITH A VALID RETURN AUTHORIZATION NUMBER WILL BE
ACCEPTED. MERCHANDISE PURCHASED AS "CLOSE OUT" WILL NOT BE ELIGIBLE FOR RETURN.

| | |
|---|---|
| Sales Amount | $42,000.00 |
| Discount | $0.00 |
| Freight | $0.00 |
| Sales Tax | $0.00 |
| Total | $42,000.00 |

TRACKING: No tracking data found

Exhibit A, Page 10