UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-22967-UU

SOLUTIONS 2 GO, LLC,

    Plaintiff,

v.

WORLD MAGIC GAMES, LLC,
*et al.*,

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court on Plaintiff's Motion for Entry of Final Default Judgment Against Defendants ("Motion"). In accordance with the Court's Order Granting the Motion, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff, Solutions 2 Go, LLC, shall recover from Defendants, World Magic Games, LLC and Hassan Alawie, jointly and severally, the sum of $911,740 in principal.

2. In addition, Plaintiff shall recover from Defendant Hassan Alawie $8,875.00 for attorneys' fees and $410.21 for costs, for a total of $9,285.21.

3. Execution shall issue on this judgment forthwith. Post-judgment interest shall accrue at the current legal rate allowed under 28 U.S.C. § 1961 as of the date of this Final Default Judgment until this judgment is satisfied.

4. In accordance with Section 55.10(1) of the Florida Statutes, Plaintiff's address is:

    Solutions 2 Go, LLC
    111 Theory, Suite 250
    Irvine, CA 92617

5. In accordance with Section 55.10(1) of the Florida Statutes, Defendants' addresses are:

> World Magic Games, LLC
> 2201 NW 102nd Place, Suite 5
> Miami, FL 33172-2521
>
> Hassan Alawie
> 4796 NW 111 Ct.
> Miami, FL 33178-4225

6. Plaintiff SHALL serve this Final Default Judgment in accordance with Federal Rule of Civil Procedure 55.

DONE AND ORDERED in Chambers at Miami, Florida, this _25th_ day of August, 2016.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record