UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SOLUTIONS 2 GO, LLC, | ) |
| | ) |
|     Plaintiff, | )    CIVIL DIVISION |
| v. | ) |
| | )    Case No. 2016-cv-22967-UU |
| WORLD MAGIC GAMES, LLC, | ) |
| HASSAN ALAWIE, | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| _____ | ) |

**DEFENDANT WORLD MAGIC GAMES, LLC'S NOTICE OF JOINDER IN DEFENDANT HASSAN ALAWIE'S EMERGENCY MOTION TO VACATE DEFAULT FINAL JUDGMENT**

COMES NOW, the Defendant, WORLD MAGIC GAMES, LLC (hereinafter "WORLD MAGIC GAMES" or "Defendant"), by and through undersigned counsel, and serves this notice of it joinder in the Emergency Motion to Vacate Default Final Judgment filed by Defendant HASSAN ALAWIE ("HASSAN ALAWIE") on grounds that the failure of WORLD MAGIC GAMES to file and serve a timely response to Plaintiff's Complaint was a product of excusable neglect and allowing the judgment to stand would be an unjust result pursuant to Florida Rule of Civil Procedure 60(b(6).

    1.    HASSAN ALAWIE filed its Emergency Motion to Vacate Final Default Judgment and argued that the Default Final Judgment [D.E. 19] entered against it should be vacated because: (1) Plaintiff's Complaint fails to state a cause of action against HASSAN ALAWIE; (2) alternatively, the Default Final Judgment is a product of excusable neglect; and (3) also in the alternative, it would be a miscarriage of justice to allow the Default Final Judgment to stand and it should be vacated pursuant to Rule 60(b)(6).

1

2. WORLD MAGIC GAMES joins in the last two of the aforementioned arguments. For those reasons set forth in the Emergency Motion to Vacate Default, the Final Default Judgment should also be vacated as to WORLD MAGIC GAMES.

3. WORLD MAGIC GAMES states in further support of the argument that the Default Final Judgment entered against it should be vacated on grounds of excusable neglect because the corporate Defendant has a meritorious defense. As stated in the draft Answer that was prepared for WORLD MAGIC GAMES in response to Plaintiff's Complaint (that was unfortunately never filed), WORLD MAGIC GAMES has denied that Plaintiff is entitled to the relief it seeks, and further denied that Plaintiff has satisfied all of the conditions precedent to bringing its claims, and further denied the amount of the alleged debt. *See* Exhibit "F" to Motion (draft answer for WORLD MAGIC GAMES, LLC). These factual disputes should be determined in the context of a decision on the merits of this case.

WHEREFORE, WORLD MAGIC GAMES requests this Court grant the Motion and enter an Order Vacating the Default Final Judgment against it, and ordering that WORLD MAGIC GAMES file a response to the Complaint, and for all other relief to which it may be entitled.

Respectfully submitted,

/s/ John B. Rosenquest IV_____
John B. Rosenquest IV
  Fla. Bar No. 048431
ROSENQUEST LAW FIRM P.A.
  3225 Franklin Avenue, Suite C-101
  Coconut Grove, FL 33133
  Tel: 305-607-5115
  Fax: 305-402-8183
  jrosenquest@rosenquestlawfirm.com

*Co-counsel for Defendants World Magic Games, LLC and Hassan Alawie*

and
Kevin D. Dennis
 Fla. Bar No. 0756431
LAW OFFICES OF KEVIN D. DENNIS, LLC
 45 Almeria Avenue
 Coral Gables, FL 33134
 Tel: 305-577-0311
 Fax: 305-577-0321
 kevin@dennislegal.com

*Co-counsel for Defendants World Magic Games, LLC and Hassan Alawie*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 21st day of October, 2016. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ John B. Rosenquest IV_____
John B. Rosenquest IV

## SERVICE LIST

Etan Mark, Esquire
Colleen Maranges, Esquire
BERGER SINGERMAN
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131-3453
Tel: 305-755-9500
Fax: 305-714-4340
emark@bergersingerman.com
cmaranges@bergersingerman.com
 (by CM/ECF)

*Attorneys for Plaintiff*

Kevin D. Dennis
Law Offices of Kevin D. Dennis, LLC
45 Almeria Avenue
Coral Gables, FL 33134
Tel: 305-577-0311
Fax: 305-577-0321
kevin@dennislegal.com
  (by CM/ECF)

*Co-counsel for Defendants*