UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-22967-UU

SOLUTIONS 2 GO, LLC,

    Plaintiff,

v.

WORLD MAGIC GAMES, LLC.,
*et al.*,

    Defendants.

_____/

**ORDER EXPEDITING RESPONSE**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On October 21, 2016, Defendants filed a Verified Motion to Vacate Default Final Judgment. D.E. 20. Given the circumstances, the Court concludes that it would be helpful for Plaintiff to file a response on an slightly expedited basis. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL file its Response to Defendants' Motion on or before **Friday, November 4, 2016.** It is further

ORDERED AND ADJUDGED that Defendants SHALL file their Reply, if any, no later than **Thursday, November 10, 2016.** It is further

DONE AND ORDERED in Chambers at Miami, Florida, this \_31st\_ day of October, 2016.

                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

copies provided: counsel of record