**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 16-22967-CIV-UNGARO/OTAZO-REYES

SOLUTIONS 2 GO, LLC, a
California limited liability company,

Plaintiff,

v.

WORLD MAGIC GAMES, LLC, a Florida
limited liability company, and HASSAN
ALAWIE, individually,

Defendants.
_______________________________________/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COUNTS II AND III AS TO DEFENDANT HASSAN ALAWIE ONLY**

Plaintiff, Solutions 2 Go, LLC ("Solutions"), pursuant to Federal Rule of Civil Procedure 41, hereby voluntarily dismisses without prejudice Count II (Breach of Guaranty against Alawie) and Count III (Unjust Enrichment against Alawie) against Defendant, Hassan Alawie, **only**.



BERGER SINGERMAN
1450 BRICKELL AVENUE | SUITE 1900 | MIAMI, FLORIDA 33131-3453
*t:* 305-755-9500 | *f:* 305-714-4340 | WWW.BERGERSINGERMAN.COM

Respectfully submitted,

BERGER SINGERMAN LLP
*Attorneys for Solutions 2 Go, LLC*
1450 Brickell Ave., Suite 1900
Miami, FL 33130
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: s/Etan Mark
Etan Mark, Florida Bar No. 720852
emark@bergersingerman.com
Colleen Maranges, Florida Bar No. 91004
cmaranges@bergersingerman.com
DRT@bergersingerman.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Etan Mark
Etan Mark

**SERVICE LIST**

Etan Mark, Esq.
Colleen Maranges, Esq.
BERGER SINGERMAN LLP
1450 Brickell Ave., Suite 1900
Miami, FL 33130
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
emark@bergersingerman.com
cmaranges@bergersingerman.com
DRT@bergersingerman.com

***Attorneys for Plaintiff, Solutions 2 Go, LLC***

John B. Rosenquest IV
Rosenquest Law Firm P.A.
3225 Franklin Avenue, Suite C-101
Coconut Grove, Florida 33133
Tel: 305-607-5115
Fax: 305-402-8183
jrosenquest@rosenquestlawfirm.com

***Counsel for Defendants, World Magic Games, LLC, and Hassan Alawie***

***(via electronic mail and U.S. mail, postage prepaid)***

Kevin D. Dennis, Esq.
The Law Offices of Kevin D. Dennis, LLC
45 Almeria Avenue
Coral Gables, FL 33134
(305) 577-0311
(305) 577-0321
kevin@dennislegal.com

***Counsel for Defendants, World Magic Games, LLC, and Hassan Alawie***

***(via electronic mail and U.S. mail, postage prepaid)***



BERGER SINGERMAN
1450 BRICKELL AVENUE | SUITE 1900 | MIAMI, FLORIDA 33131-3453
*t:* 305-755-9500 | *f:* 305-714-4340 | WWW.BERGERSINGERMAN.COM