**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:16-cv-22967-UU

SOLUTIONS 2 GO, LLC,

Plaintiff,

v.

WORLD MAGIC GAMES, LLC,
*et al.*,

Defendants.
___________________________________/

# **ADMINISTRATIVE ORDER**

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the record and is otherwise fully advised in the premises. On August 26, 2016, the Court entered Final Default Judgment in favor of Plaintiffs and against Defendants, World Magic Games, LLC ("World Magic Games") and Hassan Alawie ("Mr. Alawie"). D.E. 18, 19. Thereafter, World Magic Games and Mr. Alawie moved to vacate the Final Default Judgment under Fed. R. Civ. P. 60(b). D.E. 20, 22. On January 19, 2017, the Court granted in part and denied in part Defendants' motions, thereby: (1) refusing to set aside the Final Default Judgment with respect to World Magic Games; and (2) setting aside the Final Default Judgment with respect to Plaintiff's claims against Mr. Alawie, which were contained in Counts II and III of Plaintiff's Complaint. D.E. 26. The Court also dismissed Plaintiff's claims against Mr. Alawie and permitted Plaintiff to amend the Complaint **solely** to assert claims against Mr. Alawie by **Friday, January 27, 2017.**

On January 27, 2017, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice of Counts II and III as to Defendant Hassan Alawie Only, D.E. 28, thereby voluntarily

dismissing his claims against Mr. Alawie. D.E. 28. Plaintiff, therefore, has no live claims left in this action. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _30th__ day of January, 2017.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record